UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BERNADETTE YOUNG,

      Plaintiff,                        Case No. 13-13338

v.

                                      Hon. John Corbett O'Meara

COMMISSIONER OF              Magistrate Judge Mona K. Majzoub
SOCIAL SECURITY,

      Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the court is Magistrate Judge Mona K. Majzoub's February 15, 2015 report and recommendation. Plaintiff filed objections to the report and recommendation on February 26, 2015.

This court "shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). The court "may accept, reject or modify, in whole or in part, the findings or recommendations made by the magistrate." Id.

Having thoroughly reviewed the entire record, the court finds that Magistrate Judge Majzoub reached the correct conclusions. Accordingly, the court will overrule Plaintiff's objections.

IT IS HEREBY ORDERED that the report and recommendation is

ADOPTED as the court's findings and conclusions.


<u>s/John Corbett O'Meara</u>
United States District Judge

Date:  March 24, 2015



I hereby certify that a copy of the foregoing document was served upon
counsel of record on this date, March 24, 2015, using the ECF system.


<u>s/William Barkholz</u>
Case Manager